UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEITH A. WEST,

    Plaintiff,

       v.

C/O GOLDBERG, *et al.*,

    Defendants.

Case No. 12-cv-976-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 67) of Magistrate Judge Philip M. Frazier recommending that the Court grant the remaining defendants' motion to dismiss this case for want of prosecution based on a number of instances where plaintiff Keith West failed to satisfy some obligation with respect to this litigation (Doc. 62). The Court mailed the Report to West at his most recent prison address, but it was returned with markings indicating he has been paroled. He has not provided the Court with his current address in a timely manner as required by Local Rule 3.1(b), racking up yet another instance of the failure to meet an obligation in this case. Clearly, West does not want to pursue this case anymore.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review de novo the portions of the report to which objections are made. Id. "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file

and finds that the Report is not clearly erroneous.   Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 67);

- **GRANTS** the defendants' motion to dismiss (Doc. 62);

- **DISMISSES with prejudice** the remaining claims in this case pursuant to Federal Rule of Civil Procedure 41(b); and

- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: September 10, 2014**

s/J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
